AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York ▼

|  |  |
|---|---|
| Edan Moshe <br> _____ <br> *Plaintiff(s)* <br> v. <br> American Express National Bank; Citibank, N.A.; <br> Oxygen XL; Trans Union LLC a/k/a TransUnion; <br> Experian Information Solutions, Inc.; Equifax <br> Information Services LLC <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:26-cv-03646 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AMERICAN EXPRESS NATIONAL BANK
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

*\* also see rider*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Serge F. Petroff
Petroff Amshen LLP
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-03646

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*Edan Moshe v. American Express National Bank et al.*
*Civil Action Case No.: 1:26-cv-03646*

## SUMMONS IN A CIVIL ACTION – RIDER

**To:**   **CITIBANK, N.A.**
388 Greenwich Street
New York, New York 10013

**OXYGEN XL**
1620 Route 22, Suite 205-D
Union, New Jersey 07083

**TRANS UNION LLC A/K/A TRANSUNION**
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, New York 12207-2543

**EXPERIAN INFORMATION SOLUTIONS, INC.**
c/o CT Corporation System
28 Liberty Street
New York, New York 10005

**EQUIFAX INFORMATION SERVICES LLC**
c/o Corporation Service Company
80 State Street
Albany, New York 12207

1