

July 8, 2026

**VIA ECF**

Mag. Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**   ***Edan Moshe v. American Express National Bank, et al***
> Case No. 1:26-cv-03646-CHK
> Letter Request for Extension of Time to Respond to Complaint

Dear Judge Kaminsky,

The undersigned is counsel for Defendant, Trans Union, LLC ("Trans Union"), in the above-referenced matter. Trans Union respectfully requests that the deadline for responding to Plaintiff's Complaint be extended twenty-one (21) days, from the current deadline of July 13, 2026 to August 3, 2026.

Trans Union requests this extension to allow additional time to investigate Plaintiff's claims, develop a response, and attempt to discuss resolution of the matter. Trans Union has made no prior requests for extension of this deadline, and the request is made not for delay and does not prejudice the parties or impact any other scheduled dates or deadlines. Plaintiff's counsel consents to this request.

Respectfully,

Joshua Stiers, Esq.

cc: All counsel of record (via ECF)