Goodwin Procter LLP
620 Eighth Avenue
New York, New York 10018-1405



July 10, 2026

<u>By ECF</u>

Hon. Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504 North
Brooklyn, New York 11201

> <u>Re: Moshe v. American Express National Bank et al., No. 1:26-cv-03646 – Letter Motion for Extension of Time (On Consent)</u>

Dear Judge Kaminsky:

I write on behalf of Experian Information Solutions, Inc. ("Experian") in the above-captioned action to respectfully request a 30-day extension of time for Experian to answer, move, or otherwise respond to the complaint, up to and including August 12, 2026.

The current deadline for Experian to respond is July 13, 2026. This is the first request for an extension submitted by Experian, and the requested extension will not affect any other deadlines or any Court appearance in this case. Plaintiff and Defendants American Express National Bank and Trans Union LLC consent to the requested extension. None of the other defendants named in the Complaint have appeared in the case and thus Experian is not able to ascertain their position with respect to this request.

Experian is requesting the extension so that is has sufficient time to collect and review information related to allegations in Plaintiff's complaint and so that its counsel, who has just been retained, has sufficient time to prepare its response to the complaint.

Thank you for your attention to this matter.

Respectfully submitted,

<u>/s/ Danit Maor</u>

Danit Maor