# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| **Edan Moshe** | |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 1:26-cv-03646 |
| **American Express National Bank; Citibank, N.A.;** | ) |
| **Oxygen XL; Trans Union LLC a/k/a TransUnion;** | ) |
| **Experian Information Solutions, Inc.; Equifax** | ) |
| **Information Services LLC** | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

Doreen Campbell duly sworn, deposes and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Florida. That on July 10, 2026, at 1:13 pm at 7901 4th St N, Ste 300, Saint Petersburg, FL 33702-4399, Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Oxygen XL (hereinafter referred to as "subject") by leaving the above documents with Andrew Wade who as Intake Specialist at NW Registered Agents Inc is authorized by appointment or by law to receive service of process for Oxygen XL.

My perception of the description of the individual served is as follows:

White Male, est. age 25-34, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 9" to 6'.

Geolocation of Serve: https://google.com/maps?q=27.8444575,-82.6382159

Photograph: See Exhibit 1

Server Signature

Server Name: Doreen Campbell

License#: _APS# 35262_

Subscribed and sworn to before me this _14TH_ day of _July_, _2026_, by

Doreen Campbell

Server Name

Witness my hand and official seal.

Notary Public

My commission expires:

TERESA MCMENAMIN
Notary Public - State of Florida
Commission # HH 454090
My Comm. Expires Oct 15, 2027

Notary Stamp

