UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDAN MOSHE,

               Plaintiff,

     v.

AMERICAN EXPRESS NATIONAL BANK;
CITIBANK, N.A.; OXYGEN XL; TRANS
UNION LLC a/k/a TRANSUNION;
EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES
LLC,

               Defendants.

Case No.  1:26-cv-03646-CHK

## DEFENDANT CITIBANK, N.A.'S ANSWER AND
## AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Citibank, N.A. ("Citibank"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses to the Complaint of Plaintiff, Edan Moshe, ("Plaintiff"), and further states as follows:

1.      The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required. Although no response is required, Citibank admits only that Plaintiff purports to raise causes of action against Citibank for violations under the Fair Credit Reporting Act ("FCRA").  Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA and further denies that it violated any other statute or common law with regard to Plaintiff.  Citibank lacks information or knowledge sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

1

## PARTIES

2.      Citibank is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, as such, the allegations are denied.

3.      Citibank is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, as such, the allegations are denied.

4.      Citibank is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, as such, the allegations are denied.

5.      The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required. Although no response is required, Citibank admits only that it is a national banking association, organized under the laws of the United States.  To the extent any other response is required, denied.

6.      Citibank is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, as such, the allegations are denied.

7.      Citibank is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, as such, the allegations are denied.

8.      Citibank is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, as such, the allegations are denied.

## JURISDICTION AND VENUE

9.      The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

10.     The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

## STATEMENT OF FACTS

11.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied.  The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

12.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied.  The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

13.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied.  The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

14.    Citibank admits only that it furnished information regarding a Wayfair-branded credit card account ending in 7463 (the "Citibank Account") opened in Plaintiff's name.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and each of its subparts, including the allegations regarding the AMEX Account, the Oxygen XL Account, and Plaintiff's obtaining of a credit report, and, as such, those allegations are denied. To the extent any other response is required, denied.

15.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

16.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied.  The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

17.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied.  The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

18.     Citibank admits only that, following charge-off, the Citibank Account has been reported with a balance of $0.00, and denies that it furnished any inaccurate information concerning the Citibank Account.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, including how the consumer reporting agencies displayed the account, and, as such, those allegations are denied.  To the extent any other response is required, denied.

19.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied.  The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

20.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied.  The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

21. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

22. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

23. The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required. As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

24. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

25. The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required. As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

26. The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required. As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

27. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of

5

Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

28.    The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required. As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

29.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

30.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent that a response is required, denied.

31.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

32.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

33.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-

6

parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

34.    The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

35.    The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

36.    The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

37.    The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

38.    The allegations in this paragraph consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  As such, there are no facts in this paragraph to which a response is required. To the extent that a response is required, denied.

## CAUSES OF ACTION

### COUNT I:
**Willful Noncompliance with the FCRA *Against the Furnishers***
**(Violations of 15 U.S.C. § 1681s-2(b))**

39.    Citibank incorporates by reference all responses to paragraphs 1 through 38 of the Complaint, including all subparts thereto, as though fully stated herein.

7

40.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

41.     Citibank admits that it received notice of Plaintiff's indirect dispute concerning the Citibank Account from a consumer reporting agency.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and, as such, those allegations are denied.  To the extent any other response is required, denied.

42.     Citibank denies the allegations in this paragraph as they pertain to Citibank, including that it furnished any information concerning the Citibank Account that it knew or had reasonable cause to believe was inaccurate.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and, as such, those allegations are denied.  The allegations otherwise consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

43.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

8

44.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

45.    Citibank admits that the Citibank Account was reported on Plaintiff's consumer reports.  Citibank denies that it failed to investigate Plaintiff's dispute and denies that it continued to furnish inaccurate information concerning the Citibank Account; to the contrary, Citibank conducted a reasonable investigation of the dispute and verified that the information reported was accurate.  Citibank denies the remaining allegations in this paragraph.  To the extent any other response is required, denied.

46.    Citibank denies the allegations in this paragraph as they pertain to Citibank, including that it continued to furnish information concerning the Citibank Account that it knew or had reasonable cause to believe was inaccurate.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and, as such, those allegations are denied.  To the extent any other response is required, denied.

47.    Citibank denies that its conduct was willful.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and, as such, those allegations are denied.  The allegations otherwise consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

48.     Citibank denies that it acted with knowledge of, or reckless disregard for, Plaintiff's rights or the accuracy of the information reported concerning the Citibank Account.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and, as such, those allegations are denied. The allegations otherwise consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

49.     Citibank denies that it failed to respond meaningfully to Plaintiff's dispute, failed to conduct a reasonable investigation, or continued to report inaccurate information concerning the Citibank Account.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and the annotation of the AMEX Account and the Oxygen XL Account and, as such, those allegations are denied. The allegations otherwise consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

**COUNT II:**
**Negligent Noncompliance with the FCRA *Against the Furnishers***
**(Violations of 15 U.S.C. § 1681s-2(b))**

50.     Citibank incorporates by reference all responses to paragraphs 1 through 49 of the Complaint, including all subparts thereto, as though fully stated herein.

51.     Citibank denies that its conduct constituted negligent noncompliance with 15 U.S.C. § 1681s-2(b).  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and, as such, those allegations are denied.  The allegations otherwise consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

52.    Citibank denies that it failed to exercise reasonable care in its information-furnishing practices or in its investigation of Plaintiff's dispute.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of the other Furnishers and, as such, those allegations are denied.  To the extent any other response is required, denied.

**COUNT III:**
**Willful Noncompliance with the FCRA *Against the CRAs***
**(Failure to Conduct Reasonable Reinvestigation - Violation of 15 U.S.C. § 1681i)**

53.    Citibank incorporates by reference all responses to paragraphs 1 through 52 of the Complaint, including all subparts thereto, as though fully stated herein.

54.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

55.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

56.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of

Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

57.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

58.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

59.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

60.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

61.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

62.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

**COUNT IV:**
**Negligent Noncompliance with the FCRA *Against the CRAs***
**(Failure to Conduct Reasonable Reinvestigation - Violation of 15 U.S.C. § 1681i)**

63.     Citibank incorporates by reference all responses to paragraphs 1 through 62 of the Complaint, including all subparts thereto, as though fully stated herein.

64.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

65.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of

13

Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

## COUNT V:
### Willful Noncompliance with the FCRA *Against the CRAs*
**(Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy - Violation of 15 U.S.C. § 1681e(b))**

66.    Citibank incorporates by reference all responses to paragraphs 1 through 65 of the Complaint, including all subparts thereto, as though fully stated herein.

67.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

68.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

69.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

70.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-

14

parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

**COUNT VI:**
**Negligent Noncompliance with the FCRA *Against the CRAs***
**(Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy -**
**Violation of 15 U.S.C. § 1681e(b))**

71.     Citibank incorporates by reference all responses to paragraphs 1 through 70 of the Complaint, including all subparts thereto, as though fully stated herein.

72.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

73.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

**COUNT VII:**
**Willful Noncompliance with the FCRA *Against the CRAs***
**(Failure to Block Identity Theft Information - Violation of 15 U.S.C. § 1681c-2)**

74.     Citibank incorporates by reference all responses to paragraphs 1 through 73 of the Complaint, including all subparts thereto, as though fully stated herein.

75.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-

15

parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

76.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

77.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

78.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

79.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required. To the extent any other response is required, denied.

16

**COUNT VIII:**
**Negligent Noncompliance with the FCRA *Against the CRAs***
**(Failure to Block Identity Theft Information - Violation of 15 U.S.C. § 1681c-2)**

80.     Citibank incorporates by reference all responses to paragraphs 1 through 79 of the Complaint, including all subparts thereto, as though fully stated herein.

81.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

82.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. The allegations in this paragraph also consist of Plaintiff's litigation positions and legal conclusions to which no response is required.  To the extent any other response is required, denied.

## PRAYER FOR RELIEF

Citibank denies the allegations set forth in Plaintiff's Wherefore Clause and specifically denies that Plaintiff is entitled to any damages or any of the relief sought therein.  Citibank denies any and all allegations not expressly admitted herein.

**WHEREFORE**, Citibank denies any liability whatsoever, denies that Plaintiff is entitled to any damages, costs, fees, or other relief from or against Citibank, and demands judgment in its favor and against Plaintiff, together with such other relief, including costs and attorneys' fees, as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Citibank, having denied each and every allegation contained in Plaintiff's Complaint not expressly admitted above, and without assuming any burden of proof they otherwise would not have, alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are subject to binding arbitration pursuant to the arbitration agreement contained in the terms and conditions governing any account issued by Citibank to Plaintiff. Citibank reserves the right to compel arbitration of the claims contained in the Complaint pursuant to the applicable agreement with Plaintiff.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff fails to state any claim upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of release and/or waiver.

## FOURTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff has suffered any damages as a result of the matters alleged in the Complaint, Plaintiff failed to mitigate his damages, if any.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitation.

## SIXTH AFFIRMATIVE DEFENSE

Any and all damages sustained by Plaintiff are the direct result of his own negligence, actions or omissions, or the acts or omissions of unrelated third parties over which Citibank has no control.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from relief against Citibank in as much as any alleged harm suffered by Plaintiff was not caused in fact or proximately caused by any act or omission of Citibank.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, estoppel, laches, acquiescence, and other doctrines of equitable relief.

## NINTH AFFIRMATIVE DEFENSE

Citibank has acted in good faith and not willfully, maliciously, recklessly, wantonly, and/or negligently.

## TENTH AFFIRMATIVE DEFENSE

Citibank has acted with due care at all times and complied with all applicable laws, regulations, and standards and otherwise acted reasonably.

## ELEVENTH AFFIRMATIVE DEFENSE

Citibank has not violated any duty or obligation owed to Plaintiff under common law, statute, any applicable contract, or other authority.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff lacks Article III standing to pursue these claims.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred due to an absence of any actual damages.  Hence, any statutory damages constitute an excessive fine and violate Citibank's rights under the Due Process and Takings Clause of the United States Constitution and/or applicable state constitutions.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has not sufficiently alleged, and cannot establish, malice, willfulness, or negligence on the part of Citibank.

## FIFTTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages, trebled damages, injunctive relief, or declaratory relief.

## SIXTEENTH AFFIRMATIVE DEFENSE

To the extent Citibank was required to investigate Plaintiff's purported disputes, Plaintiff failed to provide Citibank with sufficient information to enable it to perform a reasonable investigation of the alleged disputes.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Citibank is entitled to attorneys' fees from Plaintiff pursuant to 15 U.S.C. §§ 1681n(c) and/or 1681o(b).

## EIGHTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff claims Citibank willfully violated the FCRA, which Citibank denies, any purported violation was not willful because Citibank's interpretation of the FCRA is not objectively unreasonable.

## NINETEENTH AFFIRMATIVE DEFENSE

The FCRA does not provide a private right of action for the furnishing of inaccurate information and though framed as investigation claims, Plaintiff's claims are in fact based on the reporting of information.

## TWENTIETH AFFIRMATIVE DEFENSE

All claims against Citibank are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## TWENTY-FIRST AFFIRMATIVE DEFENSE

To the extent that Plaintiff made a dispute, Citibank conducted a complete and accurate investigation of the disputed information.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

To the extent that Plaintiff made a dispute, Citibank completely and accurately reviewed all information provided by Plaintiff and/or the consumer reporting agency.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

To the extent that a dispute was made, Citibank accurately and completely reported or furnished the results of its complete and accurate investigation.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

At all relevant times, Citibank maintained strict procedures and followed reasonable procedures in accordance with the FCRA.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Even if there was an error, any error or inaccuracy was not material or did not create a materially misleading impression.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred in whole or in part to the extent that the claim or relief sought is moot.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff failed to timely and adequately provide written notice to Citibank within the time prescribed by the FCRA, the Truth in Lending Act, and the Fair Credit Billing Act.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent that any alleged error was unintentional and the

result of a bona fide error notwithstanding Citibank's reasonable policies and procedures to ensure the accuracy of information reported by Citibank to the credit reporting agencies as well as timely reasonable investigation of reporting disputes received from the credit reporting agencies.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Citibank will rely on all defenses legally available to it, including, but not limited to, those listed above.

## THIRTIETH AFFIRMATIVE DEFENSE

All conduct engaged in by Citibank concerning or affecting Plaintiff was reasonable, justified, and/or otherwise legally authorized.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff fails to state a claim based upon purported violations of the FCRA as Citibank conducted a reasonable investigation of Plaintiff's credit reporting dispute(s) and confirmed that all the information reported for the subject account(s) was accurate.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Citibank denies all allegations in the Complaint not specifically admitted herein. Additional facts may become known during the course of discovery and investigation that will support additional affirmative defenses currently unknown to Citibank. To preserve all such defenses, Citibank incorporates all defenses available to it permitted under federal and state law. Furthermore, Citibank reserves the right to amend or supplement this Answer at any time up to, and including, trial.

## PRAYER

WHEREFORE, having answered Plaintiff's Complaint and having alleged defenses, Defendant Citibank, N.A., prays:

22

1.      That Plaintiff take nothing by the Complaint and that the Complaint be dismissed with prejudice;

2.      For judgment in Citibank's favor and dismissal of all of Plaintiff's claims;

3.      To recover its costs and attorneys' fees incurred in this action; and

4.      For such other and further relief as the Court may deem just and proper.

Dated: July 28, 2026

Respectfully submitted,

By */s/ Aleksandr Altshuler*
Aleksandr Altshuler
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, New York 10019-5820
Tel.: (212) 223-0200
Fax: (212) 223-1942
E-mail: altshulera@ballardspahr.com
*Counsel for Defendant Citibank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Answer was filed and served via the Court's

e-filing/notification CM/ECF system on July 28, 2026, on all counsel of record.


*/s/ Aleksandr Altshuler*
Aleksandr Altshuler