UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edan Moshe,<br><br>                                    Plaintiff,<br><br>          -against-<br><br>American Express National Bank; Citibank, N.A.; Oxygen XL; Trans Union LLC a/k/a TransUnion; Experian Information Solutions, Inc.; Equifax Information Services LLC,<br><br>                                    Defendants. | Case No.: 1:26-cv-03646-CHK<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, as counsel for Edan Moshe ("Plaintiff") appears in the above-entitled action. Pursuant to Fed. R. Civ P. 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to, and served upon:

Maria G. Garber, Esq.
Petroff Amshen LLP
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
MGarber@petroffamshen.com

Dated: Brooklyn, New York
          August 3, 2026

**Petroff Amshen LLP**
*Counsel for Plaintiff*

By: */s/ Maria G. Garber*
Maria G. Garber, Esq.
1795 Coney Island Avenue, 3rd Floor
Brooklyn, New York 11230
Tel: (718) 336- 4200
Fax: (718) 336- 4242