

Binder & Schwartz LLP
675 3rd Avenue, 26th Floor
New York, NY 10017

(T) 212.510.7008
(F) 212.510.7299
binderschwartz.com

August 4, 2026

By ECF

Hon. Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504 North
Brooklyn, New York 11201

> Re:  *Moshe v. American Express National Bank et al.*, No. 1:26-cv-03646 –
> Letter Motion for Extension of Time (On Consent)

Dear Judge Kaminsky:

I write on behalf of Defendant American Express National Bank ("American Express") in the above-captioned action to respectfully request a 30-day extension of time for American Express to answer, move, or otherwise respond to the complaint, up to and including September 11, 2026.

The current deadline for American Express to respond to the complaint is August 12, 2026.  This is the second request for an extension submitted by American Express.  The requested extension will not affect any other deadlines or any Court appearance in this case. Plaintiff and Defendants Citibank, N.A., Trans Union LLC, and Experian Information Solutions, Inc. consent to the requested extension.

American Express is requesting the extension so that it has sufficient additional time to collect and review information related to allegations in Plaintiff's complaint, develop a response, and attempt to discuss possible resolution.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Michelle M. Sloss
Michelle M. Sloss

cc:    All parties via ECF