UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDAN MOSHE,

*Plaintiff,*

-against-

AMERICAN EXPRESS NATIONAL BANK;
CITIBANK, N.A.; OXYGEN XL; TRANS
UNION LLC a/k/a TRANSUNION;
EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION
SERVICES LLC,

*Defendants.*

CASE NO. 1:26-CV-03646-CHK

HON. CLAY H. KAMINSKY, U.S.M.J.

**NOTICE OF APPEARANCE**

***Limited Scope Under
Local Civil Rule 1.4(c)***

**PLEASE TAKE NOTICE** that Menachem Katzman, Esq., *of counsel* to the law firm Hunter Herman Beiss PLLC, hereby appears as counsel for Defendant Oxygen XL in the above-captioned action on a limited-scope basis under Local Civil Rule 1.4(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

**PLEASE TAKE FURTHER NOTICE** that, under Local Civil Rule 1.4(c)(1), the scope of the undersigned's representation of Defendant Oxygen XL is limited to the following tasks:

(a)     preparing, filing, and prosecuting an application for an extension of Defendant Oxygen XL's time to answer or otherwise respond to the Complaint; and

(b)     if necessary, preparing and filing an answer to the Complaint or a pre-answer motion directed to the Complaint, and communicating and negotiating with Plaintiff's counsel, up to and until an answer is filed on behalf of Defendant Oxygen XL or a pre-answer motion is filed on behalf of Defendant Oxygen XL, argued, and decided.

**PLEASE TAKE FURTHER NOTICE** that this limited-scope representation will terminate, without the need for leave of Court, upon the filing of a notice stating that the purpose for which this appearance was entered has been completed. Such notice will include a certificate of service on Defendant Oxygen XL in accordance with Local Civil Rule 1.4(c). The undersigned

will proceed in accordance with Local Civil Rule 1.4(b) if withdrawal is sought before completion of the limited-scope representation.

PLEASE TAKE FURTHER NOTICE that, under Local Civil Rule 1.4(c), during the period of this limited-scope representation all papers must be served on both Defendant Oxygen XL and the undersigned and, except as to the matters designated above, Defendant Oxygen XL is to be treated as unrepresented.

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully requests that the Clerk of the Court note this limited-scope appearance on the docket and add the undersigned to the list of counsel to receive electronic notification in this action.

Dated:    August 12, 2026    HUNTER HERMAN BEISS PLLC
          Brooklyn, New York    *Attorneys for Defendant Oxygen XL*
                                *(Limited-Scope Appearance)*

                                By: s/ *Mendy Katzman* /
                                    Mendy Katzman, Esq.
                                    *Of Counsel*
                                    228 Park Avenue South, PMB 92492
                                    New York, New York 10003
                                    (929) 566-5205
                                    MKatzman@HunterHerman.com

TO:
          All counsel of record
          *Via CM/ECF*

              *and*

          Oxygen XL
          *Via Email & 1st-Class Mail*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, a true and correct copy of the foregoing Notice of Limited-Scope Appearance was filed and served upon (i) all counsel of record through the Court's CM/ECF system; and (ii) Defendant Oxygen XL by e-mail and first-class mail at the address on file.

/s/ Mendy Katzman
Mendy Katzman, Esq.