# HUNTER HERMAN BEISS PLLC

Judgment Enforcement, Collections, & Commercial Litigation

Mendy Katzman
*Of Counsel*
MKatzman@HunterHerman.com

August 12, 2026

<u>Via</u> CM/ECF
Hon. Clay H. Kaminsky, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:    *Edan Moshe v. American Express National Bank, et al.*
       Case No. 1:26-cv-03646-CHK

       LETTER MOTION FOR EXTENSION OF TIME
       <u>TO RESPOND TO THE COMPLAINT (ON CONSENT)</u>

Dear Judge Kaminsky:

The undersigned has been retained, on a limited-scope basis, as counsel for Defendant Oxygen XL ("Oxygen XL") in the above action. A notice of limited-scope appearance is being filed contemporaneously with this letter. Oxygen XL respectfully requests that its time to answer or otherwise respond to Plaintiff's Complaint, which expired on July 31, 2026, be extended, *nunc pro tunc*, up to and including September 10, 2026. Plaintiff's counsel consents to this request.

Good cause supports the extension. Oxygen XL is a small business that, upon receiving notice that it was served, set out to retain counsel. Unfortunately, it was unable to do so before its response came due.

On July 16, 2026, Oxygen XL's principal wrote to Plaintiff's counsel and asked for additional time to find an attorney. Plaintiff's counsel responded that same day, confirmed his client's consent to an extension, and stated that extensions in federal cases require a motion to the Court and that extensions are "usually … kept at 30 days." A copy of the parties' correspondence is annexed as <u>Exhibit A</u>.

Acting without the benefit of counsel, Oxygen XL misread that correspondence to mean that it already had thirty days within which to respond and that *an additional 30-day*

*extension*, for a total of 60 days, would require a motion. The July 31, 2026, due date passed while Oxygen XL remained under that mistaken impression and still without counsel.

On August 11, 2026, Oxygen XL retained the undersigned, and this application follows promptly following retention. The requested extension will allow time to investigate Plaintiff's claims, prepare Oxygen XL's response, and explore whether this matter can be resolved. This is Oxygen XL's first request to extend the time it has to respond to the Complaint, and it is not made for purposes of delay, to prejudice any party, or to affect any other scheduled Court dates.

We thank the Court for considering this request and are available to discuss this matter at the Court's convenience.


Respectfully submitted,

s/ *Mendy Katzman* /
Mendy Katzman, Esq.

HUNTER HERMAN BEISS PLLC
*Attorneys for Defendant Oxygen XL*
*(Limited-Scope Appearance)*


cc:

     All counsel of record
     *Via CM/ECF*

       *and*

     Oxygen XL
     *Via Email & 1st-Class Mail*


*Encls.*

- CERT. OF SERVICE
- EXHIBIT A—Email Correspondence

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 12, 2026, a true and correct copy of the foregoing Letter Motion for Extension was filed and served upon (i) all counsel of record through the Court's CM/ECF system; and (ii) Defendant Oxygen XL by e-mail and first-class mail at the address on file.

<u>/s/ *Mendy Katzman*</u>
Mendy Katzman, Esq.

# EXHIBIT A

## Re: Moshe vs Oxygen XL

**Jonathan Abenson** <jabenson@oxygenxl.com>                    Sun, Aug 9, 2026 at 11:45 PM
To: "Serge F. Petroff" <SPetroff@petroffamshen.com>
Cc: Radion Dabija <rdabija@petroffamshen.com>
Bcc: matthew@hunterherman.com

HI Serge,

I apologize for the delay, I am still working on an attorney, should have one this week. Thanks for your patience

Thanks,
Jonathan

On Thu, Jul 16, 2026 at 9:51 AM, Serge F. Petroff <SPetroff@petroffamshen.com> wrote:
Good morning Mr. Abenson,

Extension of time is most certainly not a problem and on consent from us. This is a federal case and the extension of time has to be granted by the Court through a motion filed on the docket. Usually, the extension is kept at 30 days. Either way, feel free to file the motion for an extension on consent from us.

    **Serge Petroff**
Partner
📞 (718) 336-4200 | 🖨 (718) 336-4242
◎ 1795 Coney Island Avenue, Third Floor, Brooklyn, NY 11230

**From:** Jonathan Abenson <jabenson@oxygenxl.com>
**Date:** Thursday, July 16, 2026 at 9:45 AM
**To:** Serge F. Petroff <SPetroff@petroffamshen.com>
**Subject:** Moshe vs Oxygen XL

You don't often get email from jabenson@oxygenxl.com. Learn why this is important

Good morning Mr. Petroff,

We are in receipt of the lawsuit you filed against Oxygen XL. I ask for a deferment up to 60 days to allow me time find an attorney to handle.

Please confirm.

Best,

Jonathan Abenson
Oxygen XL