**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDAN MOSHE, | |
| *Plaintiff,* | Case No. 1:26-cv-03646-CHK |
| v. | |
| AMERICAN EXPRESS NATIONAL BANK; CITIBANK, N.A.; OXYGEN XL; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC, | |
| *Defendants*. | |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Michelle M. Sloss.  My New York State Bar Number is 5768320.  I am an attorney.

### FIRM INFORMATION

OLD FIRM ADDRESS:     Binder & Schwartz LLP
675 Third Ave., 26th Floor
New York, New York 10017
Firm Telephone Number: 212-510-7008
Firm Fax Number: 212-510-7299

NEW FIRM ADDRESS:     Binder & Schwartz LLP
140 E. 45th St., Suite 26B
New York, New York 10017
Firm Telephone Number: 212-510-7008
Firm Fax Number: 212-510-7299

I will continue to be counsel of record on the above-entitled case at my firm's new address.

Dated: August 13, 2026
New York, New York

By: /s/ Michelle M. Sloss

Michelle M. Sloss
**BINDER & SCHWARTZ LLP**
140 E. 45th St., Suite 26B
New York, NY 10017
Tel: 212.510.7008
Fax: 212.510.7299
msloss@binderschwartz.com

*Attorney for Defendant American Express Company*

2