UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDAN MOSHE,

*Plaintiff,*

-against-

AMERICAN EXPRESS NATIONAL BANK; CITIBANK, N.A.; OXYGEN XL; TRANS UNION LLC a/k/a TRANSUNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC,

*Defendants.*

CASE NO. 1:26-CV-03646-CHK

HON. CLAY H. KAMINSKY, U.S.M.J.

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE that, under Rules 1.3(i) through 1.3(k) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (as amended effective January 2, 2026), I, MATTHEW H. HERMAN, a member in good standing of the bars of the State of New York and the State of New Jersey, hereby move this Court for an order admitting me to practice *pro hac vice* as counsel for defendant YSA ARM LLC d/b/a Oxygen XL, sued herein as “Oxygen XL,” in the above action. My Declaration (in lieu of affidavit) in support accompanies this motion, together with a certificate of good standing from each state of admission, each issued within the past thirty days, and a proposed order.

Dated: September 18, 2026

HUNTER HERMAN BEISS PLLC
*Attorneys for Defendant*
*YSA ARM LLC d/b/a Oxygen XL*

By: s/ *Matthew H. Herman* /
Matthew H. Herman, Esq.
228 Park Ave S., PMB 92492
New York, NY 10003
(929) 566-5205
Matthew@HunterHerman.com

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2026, true and correct copies of the foregoing Notice of Motion for Admission Pro Hac Vice, the supporting Declaration and its exhibits, and the proposed order, were filed and served on all the below counsel of record through the Court's CM/ECF system.

/s/ *Matthew H. Herman*
Matthew H. Herman

SERVICE LIST

| | |
|---|---|
| Daniel Rey Zuniga<br>dzuniga@petroffamshen.com<br>Maria Gabriela Garber<br>MGarber@petroffamshen.com<br>Serge Felix Petroff<br>spetroff@petroffamshen.com<br>PETROFF AMSHEN LLP<br>*Attorneys for Edan Moshe* | Camille Renee Nicodemus<br>cnicodemus@qslwm.com<br>Ronnie Daniel Kawak<br>ronnie.kawak@qslwm.com<br>QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.<br>*Attorneys for Trans Union LLC* |
| Michelle Maguire Sloss<br>msloss@binderschwartz.com<br>Hillary Black<br>hblack@binderschwartz.com<br>BINDER & SCHWARTZ LLP<br>*Attorneys for American Express National Bank* | Joshua Allen Stiers<br>joshua.stiers@transunion.com<br>Trans Union, LLC (In-House Counsel)<br>*Attorney for Trans Union LLC* |
| Aleksandr Altshuler<br>altshulera@ballardspahr.com<br>William P. Reiley<br>reileyw@ballardspahr.com<br>BALLARD SPAHR LLP<br>*Attorneys for Citibank, N.A.* | Danit Maor<br>dmaor@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>*Attorney for Experian Information Solutions, Inc.* |
| Menachem M. Katzman<br>mendykatzmanesq@gmail.com<br>*Attorney for Oxygen XL* | Forrest Seger, III<br>tseger@clarkhill.com<br>CLARK HILL PLC<br>*Attorney for Equifax Information Services LLC* |