UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDAN MOSHE,

*Plaintiff,*

-against-

AMERICAN EXPRESS NATIONAL BANK; CITIBANK, N.A.; OXYGEN XL; TRANS UNION LLC a/k/a TRANSUNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC,

*Defendants.*

CASE NO. 1:26-CV-03646-CHK

HON. CLAY H. KAMINSKY, U.S.M.J.

**DECLARATION OF MATTHEW H. HERMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, MATTHEW H. HERMAN, declare under penalty of perjury that the following statements are true and correct:

1. I am a member of Hunter Herman Beiss PLLC, 228 Park Ave S., PMB 92492, New York, New York 10003. I submit this Declaration in support of my motion for admission, under Local Civil Rules 1.3(i) through 1.3(k), to practice *pro hac vice* as counsel for defendant YSA ARM LLC d/b/a Oxygen XL, sued herein as "Oxygen XL," in the above action.

2. I am a member in good standing of the bar of the State of New York. I was admitted to practice by the Supreme Court of the State of New York, Appellate Division, Second Department, on February 5, 2020 (Attorney Registration No. 5743851). A certificate of good standing issued within the past thirty days is annexed hereto as Exhibit A.

3. I am also a member in good standing of the bar of the State of New Jersey, admitted on November 26, 2019 (Attorney ID No. 311432019). A certificate of good standing issued within the past thirty days is annexed hereto as Exhibit B.

4. I am also admitted to practice before the United States District Court for the District of New Jersey and am a member in good standing of the bar of that court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings pending against me in any state or federal court.

8. I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and I will abide by them. I submit to the disciplinary jurisdiction of this Court.

WHEREFORE, I respectfully ask that the Court enter an order admitting me to practice *pro hac vice* as counsel for Oxygen XL in the above action.

Dated: September 18, 2026

HUNTER HERMAN BEISS PLLC
*Attorneys for Defendant*
*YSA ARM LLC d/b/a Oxygen XL*

By: s/ *Matthew H. Herman* /

Matthew H. Herman, Esq.
228 Park Ave S., PMB 92492
New York, NY 10003
(929) 566-5205
Matthew@HunterHerman.com