UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDAN MOSHE,

*Plaintiff,*

-against-

AMERICAN EXPRESS NATIONAL BANK; CITIBANK, N.A.; OXYGEN XL; TRANS UNION LLC a/k/a TRANSUNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC,

*Defendants.*

CASE NO. 1:26-CV-03646-CHK

HON. CLAY H. KAMINSKY, U.S.M.J.

**[PROPOSED]**
**ORDER FOR**
**ADMISSION PRO HAC VICE**

The motion of Matthew H. Herman for admission to practice *pro hac vice* as counsel for defendant YSA ARM LLC d/b/a Oxygen XL, sued herein as "Oxygen XL," in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the State of New Jersey, and that his contact information is as follows:

Matthew H. Herman, Esq.
Hunter Herman Beiss PLLC
228 Park Ave S., PMB 92492
New York, NY 10003
Telephone: (929) 566-5205
Email: Matthew@HunterHerman.com

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above action as counsel for defendant YSA ARM LLC d/b/a Oxygen XL in the United States District Court for the Eastern District of New York, provided that the $200 filing fee has been paid to the Clerk of Court. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Applicant shall register for ECF

and, once registered, shall file a notice of appearance to ensure electronic notification of activity in this action.

Dated:

SO ORDERED:

______________________________
HON. CLAY H. KAMINSKY
UNITED STATES MAGISTRATE JUDGE